Marion and Irma **ZOLLICKER**,
d/b/a Northwest Trailer
Park, Appellants,

v.

**MISSOURI COMMISSION ON HUMAN RIGHTS and Wanda Wilson,**
Respondents.

No. WD 44869.

Missouri Court of Appeals,
Western District.

April 14, 1992.

Kelso Journey, Clinton, for appellants.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondents.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from judgment affirming a decision of the Missouri Commission on Human Rights.

Judgment affirmed. Rule 84.16(b).